**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Elan Christopher LEWIS, a/k/a Jamal Xavier Harris, Defendant-Appellant.**

**No. 16-7615**

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Elan Christopher Lewis, Appellant Pro Se. David Thomas Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elan Christopher Lewis appeals the district court's orders denying his motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2012) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Lewis*, No. 3:94-cr-00094-JAG-1 (E.D. Va. Nov. 9, 2016 & Nov. 30, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*